

# THE THIRTEENTH COURT OF APPEALS

13-24-00035-CV

INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 278, EDUARDO RODRIGUEZ, ESTEBAN J. CAVAZOS, JERRY CASTILLO, DAVID L. MAYS JR., AVERY SANTOS, ANDREW SITTERLY JR., MIGUEL F. CARRANCO, MICHAEL DE LA CRUZ, HECTOR CARRILLO, DAVID ROBERTS, RONNIE FLORES, CONNOR HAMILTON, ISRAEL LOPEZ, CHRIS HERNANDEZ, CHRISTIAN SANCHEZ, AND JOSE A. MARTINEZ

v.

CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT, DON CLARK IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE BOARD OF TRUSTEES, S. JAIME ARREDONDO IN HIS OFFICIAL CAPACITY AS VICE PRESIDENT OF THE BOARD OF TRUSTEES, DOLLY GONZALEZ TROLLEY IN HER OFFICIAL CAPACITY AS SECRETARY OF THE BOARD OF TRUSTEES, ALICE UPSHAW HAWKINS IN HER OFFICIAL CAPACITY AS ASSISTANT SECRETARY OF THE BOARD OF TRUSTEES, JANE BELL IN HER OFFICIAL CAPACITY AS AT-LARGE TRUSTEE, MARTY BELL IN HIS OFFICIAL CAPACITY AS DISTRICT 3 TRUSTEE, AND ERIC VILLARREAL IN HIS OFFICIAL CAPACITY AS DISTRICT I TRUSTEE

On Appeal from the
214th District Court of Nueces County, Texas
Trial Court Cause No. 2023DCV-1741-F

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be affirmed in part and reversed in part, and the case should be remanded to the trial court. The Court orders the judgment of the trial court AFFIRMED IN PART and REVERSED IN PART, and the

case is REMANDED for further proceedings consistent with its opinion. Costs of the appeal are adjudged 50% against appellants and 50% against appellees.

We further order this decision certified below for observance.

December 5, 2024